# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

FRED OSWALD

VERSUS

RANDALL C. "RANDY" SMITH,
INDIVIDUALLY AND IN HIS
CAPACITY AS THE SHERIFF OF
ST. TAMMANY PARISH

NO. 2020 CW 1165

**DECEMBER 30, 2020**

---

In Re: Sheriff Randall "Randy" Smith, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2018-10044.

---

**BEFORE: GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT